THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Dennis Devon Haigler, Appellant.
 
 
 

Appeal From Richland County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2009-UP-252
Submitted May 1, 2009  Filed May 28, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Wanda H. Carter, of Columbia; for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Warren B. Giese, all of Columbia; for Respondent.
 
 
 

PER CURIAM: Dennis
 Devon Haigler appeals his guilty pleas
 and sentences for failure to stop for blue light, assault and battery with
 intent to kill, threatening a public official, threatening a public employee,
 and assault and battery on emergency personnel.  He argues the plea judge erred
 in failing to advise the State's recommended sentence was not binding.  After a thorough review of the record
 and counsel's brief, pursuant to Anders v. California, 386 U.S. 738
 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.